STATE OF NEW JERSEY v. LARRY MARROW.

May 5, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL MORRISON.

May 5, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL MORRISON.

May 5, 1980.

Cross–Petition for certification denied.